### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 12-01041-CJC(JPRx)                    Date:  July 12, 2012

Title: LORNA F. PIEDAD v. WELLS FARGO BANK, N.A., ET AL.

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

Plaintiff filed this action against Defendants asserting twenty-six causes of action relating to the non-judicial foreclosure process initiated on her property.  Based upon a review of the complaint, it appears that Plaintiff's claims are not cognizable causes of action, inadequately pled, and/or based on theories of liability that are not viable.  Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to allege any cognizable claim.  Plaintiff shall file an opposition to the Court's order to show cause by July 30, 2012.  Defendants shall then have until August 13, 2012 to file a response.  This matter will be decided on the papers without any hearing.

jsk

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk MU